AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>SCOTT COLUMBUS<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:23-mj-00109<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/24/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                        SCOTT COLUMBUS                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

2023.05.24
16:52:46 -04'00'

Date:      05/24/2023                                        _____
                                                                    *Issuing officer's signature*

City and state:        Washington, D.C.                        Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 24MAY2023 , and the person was arrested on *(date)* 05JUNE2023 at *(city and state)* ROCHESTER, NEW YORK . <br><br> Date: 05JUNE2023 <br><br> _____<br> *Arresting officer's signature* <br><br> JAY M. BRAND    Special Agent <br> *Printed name and title* |