**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:23-cr-218 (RDM)** |
| | : | |
| **SCOTT COLUMBUS** | : | |
| **Defendant.** | : | |

**JOINT MOTION TO SCHEDULE A CHANGE OF PLEA HEARING**

The United States of America and Defendant Scott Columbus, by and through his counsel, (collectively, "the parties"), have reached a plea agreement in which the Defendant has agreed to plead guilty to one count of violating 40 U.S.C. § 5104(e)(2)(G). Accordingly, the parties respectfully jointly request that the Court schedule a virtual hearing for the Defendant to enter a plea.

The Court previously ordered all parties to appear for a status hearing on September 13, 2023. In the interim, a plea agreement has been reached and a statement of offense, in support of the plea, has signed by Mr. Columbus and his counsel.

Accordingly, the parties jointly respectfully request that the Court vacate the September 13, 2023, status and schedule a change of plea hearing September 1, 2023. The parties also request the change of plea be held virtually.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*For Scott Columbus*

*/s/ Lana Manitta*
LANA MANITTA

*/s/ Rebekah Lederer*___________
REBEKAH LEDERER

Law Office of Lana Manitta, PLLC
140 B Purcellville Gateway Drive, #511
Purcellville, VA 20132
lmanitta@manittalaw.com

Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D St., NW
Washington, D.C. 20001
202-252-7012
Rebekah.Lederer@usdoj.gov