UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-218 (RDM) |
| | : | |
| SCOTT COLUMBUS | : | |
| Defendant. | : | |

## MOTION TO HOLD SENTENCING VIA VIDEOCONFERENCE

COMES NOW, the Defendant, Scott Columbus, by and through counsel, and hereby moves this Honorable Court to hold his sentencing hearing, scheduled for January 31, 2024, at 3:30 p.m., via videoconference or alternatively, to permit *him* to appear via videoconference for the hearing. In support of his Motion, Defendant hereby states as follows:

1. Neither the United States nor the probation officer have any objection to the hearing being conducted virtually; and

2. Mr. Columbus subsists on social security disability income leaving him only $19 per month in "disposable income;"[1] and

3. Mr. Columbus has access to one working vehicle, but he shares it with his mother. It is a 2006 Monte Carlo, which does not perform well in the snow; and

4. Mr. Columbus suffered an eye injury this past Summer that still causes him problems when driving at night; as a result, he avoids it; and

5. Mr. Columbus most often asks others for rides or uses a medical taxi service, due to his limited access to a vehicle, anxiety about the car's performance in snowy conditions, concerns about driving at night, and lack of funds; and

---

1. Mr. Columbus suffers from mood and personality disorders, Asperger's syndrome, and was diagnosed with schizophrenia in 2004.

6. Mr. Columbus does not have anyone who can accompany him on the trip to the district, has never driven out of state by himself, and would most likely have to drive at night; and

7. When Mr. Columbus came to the district on January 6, 2021, he did not drive. Ms. Fatta drove Mr. Columbus' Jeep (which is no longer in working order), and she paid for the hotel and meals, while Mr. Columbus paid only for gasoline; and

8. Statutory authority for the marshal to pay for the transportation of a defendant without means is limited to one-way travel and a per-diem for the day of court only. *See* 18 U.S.C. § 4285. The law does not provide for the return trip or overnight accommodation. *Id.* Thus, to appear in person, Mr. Columbus would need to spend money he does not have on a hotel in the nation's capital at a minimum cost of $150 for the night *or* make the 13+ hour round-trip immediately before and after the afternoon hearing, which is unsafe for any driver, let alone someone with an eye injury and/or if there is severe weather along the route; and

9. Each of the hearings in Mr. Columbus' case thus far have been conducted virtually without any problems. In addition, if the court imposes a period of imprisonment, precedent suggests that it is highly likely Mr. Columbus would be permitted to self-surrender and would be recommended for designation to a facility near his home in any event. Therefore, Mr. Columbus' presence in the district for sentencing is not a practical or logistical necessity for the efficient administration of the case.

WHEREFORE, Mr. Columbus respectfully prays that this Honorable Court conduct the sentencing hearing on January 31, 2024, via videoconference or alternatively, to allow *him* to appear via videoconference for said hearing.

                Respectfully submitted,

                SCOTT COLUMBUS
                By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By: _____/s/_____.
Lana Manitta, DC Bar #989100
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant

## NOTICE OF ELECTRONIC FILING/SERVICE

      I HEREBY CERTIFY that on this the 23rd day of December, 2023 I filed the foregoing using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By: _____/s/_____.
Lana Manitta, DC Bar #989100
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant