**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 23-CR-218 (RDM)** |
| v. | : | |
| | : | |
| **SCOTT COLUMBUS,** | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' DIGITAL EXHIBIT LIST RE: THE DEFENDANT SCOTT COLUMBUS

The United States will make the below video and photo evidence available to the Court and counsel for Defendant Columbus, via USAfx, in preparation for the sentencing of the defendant in the above referenced matter.

| Exhibit # | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|
| 1 | CCTV | 2:00-9:00 | Parliamentarian doors |
| 2 | CCTV | All | |
| 3 | Open source | All | Parliamentarian office suite |
| 4 | Open source | All | Parliamentarian Hallway |
| 5 | MPD BWC | 41:14-48:41 | UWT |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:       /s/ *Rebekah Lederer*
REBEKAH LEDERER
Pennsylvania Bar No. 320922
Assistant United States Attorney
Tel. No. (202)252-7012
Email: rebekah.lederer@usdoj.gov