| 1. Agency E2 TROOP E - ZONE 2 | 2. Div/Precinct E251 | New York State **INCIDENT REPORT** | 3. ORI NY1050100 | 5. Case No. | 6. Incident No. 11786492 |
|---|---|---|---|---|---|

| 7,8,9.  Date Reported (Day, Date, Time) THURSDAY 01/11/2024  00:01 | 10,11,12. Occurred On/From (Day, Date, Time) THURSDAY 01/11/2024  00:01 | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|

| 16. Incident Type HARASSMENT-HARASSMENT | 17. Business Name |
|---|---|

**19. Incident Address (Street  Name, Bldg. No., Apt. No.)**

**20. City/State/Zip**
WOLCOTT NEW YORK 14590

| 21. Location Code (TSLED) WOLCOTT TOWN 5964 | 23. No. of Victims 0 | 24. No. of Suspects 0 | 26. Victim also Complainant? YES |
|---|---|---|---|

Location Type
SINGLE FAMILY HOME

| 22.OFF. No. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PL | 240.26 | 01 | | V | 2 | C | HARASSMENT 2ND- PHYSICAL CONTACT | 1 |

## ASSOCIATED PERSONS

| 25.    TYPE | Name (Last, First, Middle, Title) | DOB | Street  Name Bldg., Apt.No., City, State,  Zip | Res Phone Bus  Phone |
|---|---|---|---|---|
| PERSON NOT (YET) INTERVIEWED | ████████ | | NY | |
| PERSON NOT (YET) INTERVIEWED | | | SODUS NY 14551 | |
| SUSPECT | ████████ | ████ | ████████ | ████ |
| ANT | COLUMBUS, SCOTT, C | /1983 | | |

## VICTIM

| Name COLUMBUS, SCOTT, C | 27. DOB | 28. Age 40 | 29. Gender MALE | 30. Race WHITE | 31. Ethnicity NOT HISPANIC | 32. Handicap | 33. Residence |
|---|---|---|---|---|---|---|---|

## SUSPECT

| Person ID # 455164 | 34. Type SUSPECT | 35. Name (Last, First, Middle) ████████ | | |
|---|---|---|---|---|

| 37. Apparent Condition APPARENTLY NORMAL | 38. Address (Street  Name, Bldg., Apt. No., City, State, Zip) |
|---|---|

| 39a.Home Phone | 39b. Work Phone | 40. Social Security ████ | 41. DOB ████ | 42. Age ██ | 43. Gender MALE | 44. Race WHITE |
|---|---|---|---|---|---|---|

| 45.  Ethnicity NOT HISPANIC | 46. Skin FAIR | 47. Occupation |
|---|---|---|

| 48. Height ██ | 49. Weight ██ | 50. Hair ████ | 51. Eyes | 52. Glasses | 53. Build ████ |
|---|---|---|---|---|---|

| 54. Employer/School | 55. Employer Address NY |
|---|---|

56. Scars/Marks/Tattoos /Description

36. Alias/Nickname/Maiden Name

| Last Name | First Name | MiddleName |
|---|---|---|
| | | |

COPY

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/11/2024 | 01/11/2024 | (TPR) |

| Narrative |
|---|

INITIAL/CLOSING:

Reference Wayne County 911 report of a harassment located at ⬛ in the Town of Wolcott.

Upon arrival, I spoke with Scott C. Columbus who stated earlier today he was at his girlfriend's, ⬛, home. ⬛ resides at ⬛ in the Town of ⬛. Scott stated that he was sitting in the living room with ⬛ and her friend, ⬛, along with ⬛ boyfriend, ⬛, when suddenly ⬛ and ⬛ stood up and went to the bathroom. He stated that all of a sudden ⬛ puts on a ski mask and comes up behind him and placed him in a headlock. He stated that ⬛ demanded for his wallet however Scott refused to give it to him. He stated that ⬛ then hit him with an unknown object on the right side of his face that caused instant pain and bruising. He stated that ⬛ continue to demand for his wallet however he refused to give it up. Scott stated that he suddenly pushed back causing ⬛ to let go and fall to the ground. He stated he stood up in attempt to get at ⬛ however ⬛ had stood up and fled the residence.

Scott stated that none of his belongings were taken. He stated that ⬛ and ⬛ claimed they did not see him nor wanted to say who he was. He stated that he was able to identify him via Facebook. He stated that he stayed at the residence for another 30 minutes before leaving to head home for a zoom meeting with his Probation Officer ⬛. He stated when he got home the zoom meeting was canceled and immediately fell asleep. He stated that he just woke back up prior to calling and wanted to report the incident.

When asked if he wanted me to make contact with ⬛ he stated no just wants to report the issues. Per Scott, he met ⬛ via mutual friends and just started dating her for almost a month now. He stated that he feels like he was set up and wanted this to be documented. He does not want to press charges at this time.

When asked if he wanted to provide a statement of what occurred he stated no just wanted it to be reported. Attempted to contact his probation officer however with negative results. A voicemail was left.

No further police action required.

BWC utilized.

CLOSED-PROSECUTION DECLINED.

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | | 76. Complainant Signature | |
|---|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank)<br>TPR | | 78. ID No.<br>537 | 79. Supervisor Signature (Include Rank)<br>SGT | 80. ID No.<br>1508 |
| 81. Status<br>CLOSED - PROS. DECLINED | 82. Status Date<br>01/11/2024 | | 83. Notified/TOT | |

| | | | | Solvability Total | 0 |
|---|---|---|---|---|---|

COPY